

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00264-CV

_____

IN RE S.C., Relator

Original Proceeding
16th District Court of Denton County, Texas
Trial Court No. 21-5086-16

Before Womack, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's "Emergency Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: July 14, 2022